## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

*04CR 10053-RCL*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. _____ |
| | ) |
| | ) |
| V. | ) VIOLATIONS: |
| | ) 21 U.S.C. § 846-- |
| (1) VICTOR ARROYO, | ) Conspiracy to |
| A/K/A "KING VICIOUS," | ) Distribute Cocaine Base |
| (2) ANGEL LUIS RIVERA, | ) |
| A/K/A "KING VENOM," | ) 21 U.S.C. § 846-- |
| (3) ONIX FIGUEROA, | ) Conspiracy to distribute |
| A/K/A "KING ONYX," | ) Heroin |
| | ) |
| | ) 21 U.S.C. § 841(a)(1)-- |
| | ) Distribution of |
| | ) Controlled Substances |
| | ) |
| | ) 18 U.S.C. § 2--Aiding |
| | ) And Abetting |
| | ) |
| | ) 21 U.S.C. § 853-- |
| | ) Criminal Forfeiture |
| | ) Allegation |

SEALED

ORIGINAL

## INDICTMENT

**COUNT ONE:**      **(21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine Base)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about January, 2003, and continuing thereafter until in or about March, 2003, at Lawrence and elsewhere in the District of Massachusetts,

**(1) VICTOR ARROYO, A/K/A "KING VICIOUS," and,**
**(3) ONIX FIGUEROA, A/K/A "KING ONYX,"**

the defendants herein, did knowingly and intentionally conspire and agree with each other and with persons known and unknown to

the Grand Jury, to possess with intent to distribute, and to distribute, quantities of cocaine base, also known as "crack cocaine," in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 50 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

<u>**COUNT TWO**</u> :     **(21 U.S.C. § 841(a)(1)-- Distribution of Cocaine Base; 18 U.S.C. §2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 29, 2003, at Lawrence, in the District of Massachusetts,

**(1)VICTOR ARROYO, A/K/A "KING VICIOUS,"**

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE**:     **(21 U.S.C. § 841(a)(1)-- Distribution of Cocaine
                     Base; 18 U.S.C. §2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about February 1, 2003, at Lawrence, in the District
of Massachusetts,

**(1)VICTOR ARROYO, A/K/A "KING VICIOUS,"**

the defendant herein, did knowingly and intentionally distribute
a quantity of cocaine base, also known as "crack cocaine," a
Schedule II controlled substance.

The Grand Jury further alleges that the transaction
described herein involved at least 5 grams of a mixture or a
substance containing a detectable amount of cocaine base, also
known as "crack cocaine," a Schedule II controlled substance, in
violation of Title 21, United States Code, Section 841
(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

<u>**COUNT FOUR**</u> :    **(21 U.S.C. § 841(a)(1)-- Distribution of Cocaine Base; 18 U.S.C. §2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about February 4, 2003, at Lawrence, in the District of Massachusetts,

> **(1)VICTOR ARROYO, A/K/A "KING VICIOUS," and**
> **(3) ONIX FIGUEROA, A/K/A "KING ONYX,"**

the defendants herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>**COUNT FIVE**</u>:    **(21 U.S.C. § 841(a)(1)-- Distribution of Cocaine Base; 18 U.S.C. §2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about February 11, 2003, at Lawrence, in the District of Massachusetts,

**(1)VICTOR ARROYO, A/K/A "KING VICIOUS,"**

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SIX:**       **(21 U.S.C. § 846 -- Conspiracy To Distribute Heroin)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about December, 2003, and continuing thereafter until on or about the date of this indictment, at Lawrence and elsewhere in the District of Massachusetts,

(1) **VICTOR ARROYO, A/K/A "KING VICIOUS," and,**
(2) **ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally conspire and agree together, and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, quantities of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 100 grams of a mixture or a substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(i).

All in violation of Title 21, United States Code, Section 846.

<u>**COUNT SEVEN:**</u>   **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 26, 2003, at Lawrence, in the District of Massachusetts,

      (1)**VICTOR ARROYO, A/K/A "KING VICIOUS," and,**
      (2)**ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT EIGHT**:    **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 29, 2003, at Lawrence, in the District of Massachusetts,

**(1)VICTOR ARROYO, A/K/A "KING VICIOUS," and,**
**(2)ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>**COUNT NINE**</u>:        **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 2, 2004, at Lawrence, in the District of Massachusetts,

   **(1) VICTOR ARROYO, A/K/A "KING VICIOUS," and,**
   **(2) ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally distribute a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT TEN**:      (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18
                    U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about January 6, 2004, at Lawrence, in the District of
Massachusetts,

> **VICTOR ARROYO, A/K/A "KING VICIOUS," and,**
> **ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**

the defendants herein, did knowingly and intentionally possess
with intent to distribute and distribute, a quantity of heroin, a
Schedule I controlled substance.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

-2-

**COUNT ELEVEN**:    **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about January 16, 2004, at Lawrence, in the District of Massachusetts,

**(1)VICTOR ARROYO, A/K/A "KING VICIOUS,"**

defendant herein, did knowingly and intentionally distribute, a quantity of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1 through 10 of this Indictment,

      **(1)VICTOR ARROYO, A/K/A "KING VICIOUS,"**
        **(2)ANGEL LUIS RIVERA, A/K/A "KING VENOM,"**
        **(3)ONIX FIGUEROA, A/K/A "KING ONYX,"**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds one or more of the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the Court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

-4-

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____

FOREPERSON OF THE GRAND JURY

JOHN A. WORTMANN, JR.
PETER B. LEVITT
ASSISTANT U.S. ATTORNEYS

DISTRICT OF MASSACHUSETTS                    February 19 2004

    Returned into the District Court by the Grand Jurors and
filed.

_____
Deputy Clerk            12:25P

-6-

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Lawrence      **Category No.**  II      **Investigating Agency**  FBI

**City**  Lawrence                **Related Case Information:**

**County**  Essex                 Superseding Ind./ Inf. _____   Case No. _____
                                  Same Defendant _____   New Defendant _____
                                  Magistrate Judge Case Number  _____
                                  Search Warrant Case Number  _____
                                  R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  VICTOR M. ARROYO               Juvenile:   ☐ Yes   X  No

Alias Name  KING VICIOUS

Address  5 WASHINGTON WAY, LAWRENCE, MA

Birthdate:  1977      SSN  000 00 9768   Sex:  MALE   Race:  Hispanic      Nationalit  US

**Defense Counsel if known:** _____        Address _____

Bar Number  _____                _____

**U.S. Attorney Information:**

AUSA  Peter K. Levitt ; John A. Wortmann, Jr.      Bar Number if applicable  565761 AND 534860

**Interpreter:**   ☐ Yes   X No      List language and/or dialect: _____

**Matter to be SEALED:**      ☐ Yes  X  No

☐ Warrant Requested      ☐ Regular Process      X  In Custody

**Location Status:**

Arrest Date  _____

   Already in Federal Custody as of  _____  in  _____  .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X  Indictment

**Total # of Counts:**   ☐ Petty ————   ☐ Misdemeanor ————   X Felony —— 11

Continue on Page 2 for Entry of U.S.C. Citations

X      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:   2/19/04                Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    VICTOR ARROYO AKA KING VICIOUS _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2  21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 6 |
| Set 3  21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 2, 3, 4, 5, |
| Set 4  21 USC 841(a) | DISTRIBUTION OF HEROIN | 7, 9, 10, 11, |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

✎JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Lawrence        **Category No.**  II        **Investigating Agency**  FBI

**City**   Lawrence                    **Related Case Information:**

**County**   Essex                     Superseding Ind./ Inf.  _____  Case No.  _____
                                       Same Defendant  _____  New Defendant  _____
                                       Magistrate Judge Case Number  _____
                                       Search Warrant Case Number  _____
                                       R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   ANGEL LUIS RIVERA                    Juvenile:        ☐ Yes    X  No

Alias Name       KING VENOM

Address          116 FORT PLEASANT STREET, SPRINGFIELD, MA

Birthdate:  1979        SS #  000 00 0268   Sex:  MALE   Race:  Hispanic         Nationalit  US

**Defense Counsel if known:**        _____   Address  _____

Bar Number      _____                       _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt ;  John A. Wortmann, Jr.        Bar Number if applicable      565761 AND  534860

**Interpreter:**    ☐ Yes    X  No        List language and/or dialect:        _____

**Matter to be SEALED:**        ☐ Yes   X   No

        ☐ Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date        _____

    Already in Federal Custody as of  _____ in  _____ .
☐ Already in State Custody at ——————————— ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____ on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    X  Indictment

**Total # of Counts:**    ☐ Petty ——————— ☐ Misdemeanor ——————— X Felony      5

Continue on Page 2 for Entry of U.S.C. Citations

X        I hereby certify that the case numbers of any prior proceedings before a *Magistrate Judge* are
         accurately set forth above.

Date:   2/19/04                        Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ANGEL LUIS RIVERA    AKA KING VENOM _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE HEROIN | 6 |
| Set 2 | 21 USC 841(a) | DISTRIBUTION OF HEROIN | 7, 8, 9, 10 |
| | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-angel.wpd - 2/7/02

✎JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Lawrence        **Category No.** II_____        **Investigating Agency** FBI_____

**City** Lawrence_____        **Related Case Information:**

**County** Essex_____        Superseding Ind./ Inf. _____ Case No. _____
                                    Same Defendant _____ New Defendant _____
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    ONIX FIGUEROA_____        Juvenile:    ☐ Yes    X No

Alias Name    KING ONYX_____

Address    80 FOUR STREET, LOWELL, MA_____

Birthdate: 1975____    SS # 000 00 2664 Sex: MALE Race: Hispanic_____ Nationalit US_____

**Defense Counsel if known:** _____        Address _____

Bar Number _____                            _____

**U.S. Attorney Information:**

AUSA Peter K. Levitt ; John A. Wortmann, Jr._____        Bar Number if applicable _____565761 AND 534860__

**Interpreter:**    ☐ Yes    X No        List language and/or dialect: _____

**Matter to be SEALED:**    ☐ Yes    X No

☐ Warrant Requested        ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date _____

    Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———— ☐ Misdemeanor ———— X Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

X        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 2/19/04_____        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    ONIX FIGUEROA    AKA KING ONYX _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2 | 21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 4 |
| | _____ | _____ | _____ |
| Set 4 | _____ | _____ | _____ |
| Set 5 | _____ | _____ | _____ |
| Set 6 | _____ | _____ | _____ |
| Set 7 | _____ | _____ | _____ |
| Set 8 | _____ | _____ | _____ |
| Set 9 | _____ | _____ | _____ |
| Set 10 | _____ | _____ | _____ |
| Set 11 | _____ | _____ | _____ |
| Set 12 | _____ | _____ | _____ |
| Set 13 | _____ | _____ | _____ |
| Set 14 | _____ | _____ | _____ |
| Set 15 | _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-onyx.wpd - 2/7/02