AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ONIX FIGUEROA AKA KING ONYX

**WARRANT FOR ARREST**

CASE NUMBER: 04-10053-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ ONIX FIGUEROA AKA KING ONYX ___
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF COCAINE BASE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title ___21___ United States Code, Section(s) 846, 841 AND 18 USC 2

Sheila Diskos
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Supervisor
~~U.S. Magistrate Judge~~
Title of Issuing Officer

02-19-2004    BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ACJ BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/25/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ONIX FIGUEROA AKA KING ONYX

ALIAS: KING ONYX

LAST KNOWN RESIDENCE: 80 FOURT STREET, LOWELL, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1975

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 2664

HEIGHT: 5'6"     WEIGHT: 220

SEX: MALE     RACE:

HAIR:     EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: