## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10053-RCL |
| | ) | |
| | ) | |
| ONIX FIGUEROA | ) | |

### INFORMATION

**COUNT ONE:**      (Title 21, United States Code, Section 851 --
                Notice of Prior Conviction)

The United States Attorney Charges that:

1.  On or about March 14, 1994, ONIX FIGUEROA was convicted
in the Lowell District Court (Dkt. No. JR93-6111010A-B) of
possessing a Class A Substance with intent to distribute and of
conspiracy to violate the Controlled Substance Act;

2. ONIX FIGUEROA has been named as a defendant in an
Indictment numbered 04-10053-RCL, charging him with conspiracy
and distribution of cocaine base, a/k/a "crack cocaine."

3.  By way of this information, the government notifies ONIX
FIGUEROA that he is charged with committing the crimes alleged in
said Indictment after having been previously convicted of a
felony drug offense as set out in paragraphs 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: _____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

Dated: March 13, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by mail and to counsel for ONIX FIGUEROA.

3.14.04

_____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney