AO458 (Rev. 5/85)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

## APPEARANCE

Case Number: *04 - 10053 - RCL*

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *ONIX FIGUEROA*

_3-25-04_
Date

Signature

*JOHN R VALERIO    555634*
Print Name

*10 Main St. Suite L-9*
Address

*ANDOVER        MA        01810*
City        State        Zip Code

*978 - 748 - 8603*
Phone Number