UNITED STATES COURT

DISTRICT OF MASSACHUSETTS

United States of America                             Criminal No. 04-10053-RCL

v

Onix Figueroa

Renewed Motion To Withdraw Appearance

Now come the undersigned counsel, Edward J. Lee, and respectfully moves pursuant to Local Rule 83.5.2(c) to withdraw his appearance.

In support thereof, undersigned counsel represents:

(1) That on Monday, February 22, 2004 undersigned counsel was telephonically advised by Attorney John Valerio of 10 Main Street, Andover, MA that he had been recently retained to represent defendant Onix Figueroa;



Dein, M.J.
MOTION ALLOWED
By the Court
Deputy Clerk

(2) That on Thursday, March 25, 2004, defendant Onix Figueroa confirmed to undersigned counsel that, with his consent, Attorney John Valerio has been retained to represent him.

(3) At a bench conference Thursday, March 25, 2004, prior to commencement of a continued detention hearing, the Court (1) denied undersigned counsel's then pending "Motion To Withdraw Appearance" in the absence of an appearance on file from successor counsel.

(4) In open court thereafter, the Court inquired of the defendant if he was willing to proceed with the continued detention hearing with undersigned counsel as his legal representative.

(5) In open court, the defendant responded in the affirmative.

(6)   On information and belief at the close of the detention hearing, Attorney John Valerio filed his appearance on behalf of the defendant.

(7)   On March 29, 2003 by written Memorandum and Order, the Court ordered the defendant confined pending trial finding both (1) dangerousness and (2) risk of flight.

(8)   That no other motions are pending before the Court;

(9)   That no trial date has been set; and

(10)  That no written or oral reports are due.

Wherefore, it is respectfully requested the within motion be allowed.

Dated: March 25, 2004

Respectfully submitted,

*[signature]*

Edward J. Lee
BBO 291480
65 Franklin Street, Suite 500
Boston, MA 02110

Certificate of Service

I, Edward J. Lee, court appointed attorney of record, hereby certify I have this day served a copy of the within "Renewed Motion To Withdraw Appearance" upon defendant Onix Figueroa by mailing a copy, first class mail, to him at Old Colony Correctional Center, 1 Administration Road, Bridgewater, MA 02324.

Dated: April 6, 2004

*[signature]*
Edward J. Lee