

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

October 25, 2004

The Hon. Judith G. Dein
United States District Court
One Courthouse Square
Boston, MA 02210

**Re: United States v. Onyx Figueroa**
    **Crim No. 04-10053-RCL**

Dear Judge Dein:

    I was advised over the weekend that the case against Onyx Figueroa is going to be a plea.  The remaining parties are therefore requesting that the status conference scheduled for today be cancelled and that the case be reported to the district court for the scheduling of a Rule 11 hearing.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                    By:     /s John A. Wortmann, Jr.
                            JOHN A. WORTMANN, JR.
                            Assistant U.S. Attorney