# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10053-RCL</u>

UNITED STATES

v.

ONIX FIGUEROA
Defendant

## NOTICE OF CONFERENCE

LINDSAY, D.J.

TAKE NOTICE that the above-entitled case has been set for Pretrial Conference at **2:30PM**, on **November 23, 2004,** in Courtroom No. 11, 5th floor.

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

November 2, 2004

To: All Counsel