UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10053-RCL |
| | ) | |
| | ) | |
| **ONYX FIGUEROA** | ) | |

### MOTION TO SCHEDULE PRETRIAL CONFERENCE

The United States of America, by its undersigned counsel, respectfully requests that the Court schedule a Pretrial Conference in the above-referenced matter.

As grounds for this motion, the government states that this case was referred by the U.S. Magistrate Judge to the district court.  Although it appeared that the case was likely to be a plea, the government has heard nothing from defense counsel regarding the case.  Accordingly, the government requests that the Court schedule a Pretrial Conference in the above-referenced matter.

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /S John A. Wortmann, Jr.
      JOHN A. WORTMANN, JR
      Assistant U.S. Attorney
      617-748-3207