UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| v.                              ) | Criminal No. 04-10053-RCL |
| ) | |
| ) | |
| **ONYX FIGUEROA**               ) | |

**<u>GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY</u>**

    The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Figueroa notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that Rivera be awarded a three-point reduction for acceptance of responsibility.

                                                     Respectfully submitted,

                                                     MICHAEL J. SULLIVAN
                                                     United States Attorney

                              By:  <u>/s John A. Wortmann, Jr.</u>
                                     JOHN A. WORTMANN, JR.
                                     Assistant U.S. Attorney
                                     617-748-3207