United States District Court
District of Massachusetts
I  Courthouse way
Room  2300
Boston, MA  02210



RE: United States  v. Onix  A. Figueroa
    Criminal No. 04-10053-~~CRL~~ RCL

Dear Clerk:

I would appreciate that you provide me with copy of my

docket sheet enteries in the above caption matter.

                                    Respectfully Yours

                                    *[signature]*
                            X       Onix A. Figueroa
                                    25109-038
                                    FCI, Elkton Ohio
                                    P.O.Box 10
                                    Lisbon, Ohio 44432