Date: 3-3-08

Hon. Reginald C. Lindsay
c/o Debra M Joyce, RMR, CRR
Deputy Clerk
United States District Court

Dear Your Honor:

    I was sentenced by Judge Reginald C Lindsay on 3-22-05 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is 6-26-08.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

Sincerely,

Name: Onix A Figueroa

Address: 80 Fourth St
Lowell, MA 01850

Telephone: 978-551-2387