UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK, SS.                                          CRIMINAL DOCKET NO. 04-10053

_____
UNITED STATES OF            )
AMERICA,                    )
    Plaintiff,             )
    v.                      )
                            )
ARROYO, ET AL.,             )
    Defendant.             )
_____ )

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF STATUS REPORT**

Now comes the defendant and moves for an extension of time to April 18, 2008 for filing of status report in the above-captioned proceeding. As grounds therefore, defendant states counsel has been appointed regarding a possible reduction of sentence in a crack cocaine case. Defense counsel and the Assistant U.S. Attorney John Wortman have conferred. However, counsel for the defendant has requested, but not yet received, the Pre-Sentence Report in this matter, and would like an opportunity to review the report before filing a status report with the court regarding its position relative to re-sentencing. Assistant United States Attorney John Wortman assents to this motion.

                                                Respectfully submitted,
                                                The Defendant, Onix Figueroa,
                                                By his attorney,

                                                //s// Jessica D. Hedges_____
                                                Jessica D. Hedges, BBO#645847
                                                Hrones, Garrity & Hedges
                                                Lewis Wharf – Bay 232
                                                Boston, MA 02110-3927
                                                T) 617/227-4019

## **CERTIFICATE OF SERVICE**

      I, Jessica D. Hedges, hereby certify that, on this the 11th day of April, I served one true and correct copy of ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF STATUS REPORT where unable to do so electronically on all record of counsel in this matter.

                                            //s// Jessica D. Hedges
                                            Jessica D. Hedges