UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK, SS.                                              CRIMINAL DOCKET NO. 04-10053

_____
UNITED STATES OF         )
AMERICA,                 )
    Plaintiff,           )
    v.                   )
                         )
ARROYO, ET AL.,          )
    Defendant.           )
_____ )

## NOTICE OF APPEARANCE

Please enter the appearance of Jessica Hedges as attorney for the defendant Onix Figueroa in the above-entitled case.

                        Respectfully submitted,
                        The Defendant, Onix Figueroa,
                        By his attorney,

                        //s// Jessica D. Hedges_____
                        Jessica D. Hedges, BBO#645847
                        Hrones, Garrity & Hedges
                        Lewis Wharf – Bay 232
                        Boston, MA 02110-3927
                        T) 617/227-4019

## CERTIFICATE OF SERVICE

I, Jessica D. Hedges, hereby certify that, on this the 11th day of April, I served one true and correct copy of NOTICE OF APPEARANCE where unable to do so electronically on all record of counsel in this matter.

                        //s// Jessica D. Hedges
                        Jessica D. Hedges