

# Lowell Police Department

**Case #:** 09-11609
**Reporting Officer:** Aravanh Lakmany
**Offense:** Unfounded- Shots Fired
**Location:** 91 Fourth St
**Date:** 6/21/09
**Time:** 03:36
**Suspect:** Onix Figueroa (6/13/75)

**Narrative:** On 06/21/09, while assigned to C2, I was dispatched to the area of 91 4th St. for gun shots, dispatch stated that the caller heard at least 2 shots go off in a parking lot across from the listed address.

Myself and other units arrived on scene, and observed some people hanging out in front of 80 4th St. Sgt. Levasseur stated that as he was going off in the area, he observed a large group fleeing the area in all different direction. These officers arrived in front of 80 4th St. and spoke to the owner of the house, Onix Figueroa who stated that he was having a little get together with some friends and did not hear any gun shots outside or observe any fights break out. This officer along with the street supervisor, asked Mr. Figueroa if we could come inside his house to see if there are other people inside, and he stated "yes".
It should be noted that a Jose O. Martinez 02/04/85, Victor M. Marcano Jr. 07/05/78 and a Aaron L. Durham 01/31/71 were present in and outside the house. These officers checked all around the immediate area for any shell casings, but had negative results. This officer went over to 91 4th St. to speak to the caller, and was met at the door by a Marie Hy. Mrs. Hy stated that she heard people outside yelling so she looked out her window, and observed people starting to fight. When she thought the fight was over, she heard what sounded like 2 gun shots go off. She then looked out her window again, and saw people going into a yellow house, which was #80. She then stated that she would not be able to identify who the person was that had the gun, because it was dark and there were people just running.
As of now, there are no other suspects. This report is being submitted as a matte of record.