# APPLICATION FOR CRIMINAL COMPLAINT

APPLICATION NO. (COURT USE ONLY)     PAGE 1 of 2

**Trial Court of Massachusetts
District Court Department**

HAVERHILL DISTRICT COURT
45 GINTY BLVD
HAVERHILL, MA 01830

No RM ✓

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☐ ONLY MISDEMEANOR(S), I request a hearing ☐ WITHOUT NOTICE because of an imminent threat of
    ☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ WITH NOTICE to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ WITHOUT NOTICE ☐ WITH NOTICE to accused.

☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

**ARREST STATUS OF ACCUSED**
☒ HAS    ☐ HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS:
FIGUEROA ONIX
80 FOURTH ST
LOWELL MA 01852

BIRTH DATE: 06/13/1975
SOCIAL SECURITY NUMBER: 016566291
PCF NO.: 176266
MARITAL STATUS: UNMARRIED
DRIVERS LICENSE NO.: S63610827
STATE: MA
GENDER: MALE
HEIGHT: 506
WEIGHT: 220
EYES: BROWN
HAIR: BRO
RACE: WHITE
COMPLEXION: MEDIUM
SCARS/MARKS/TATTOOS: 2 TATS ON EACH SHOULD, SCAR RUNNING DOW
BIRTH STATE OR COUNTRY: BOSTON MA
DAY PHONE:
EMPLOYER/SCHOOL:
MOTHER'S MAIDEN NAME: EUGEINA FIGUEROA
FATHER'S NAME: FELIX NIEVEIS

## CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST): PATROLMAN DAVID F MACKINNON
COMPLAINANT TYPE: ☒ POLICE ☐ CITIZEN ☐ OTHER
PD: HAV

ADDRESS:
HAVERHILL PD
40 BAILEY BLVD
HAVERHILL, MA 01830

PLACE OF OFFENSE: 194 RIVER ST HAVERHILL, MA 01830
INCIDENT REPORT NO.: 9029632
OBTN: THAE900003050
CITATION NO(S).:

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 90/24/J | OUI LIQUOR C90 S24 | 11/01/2009 01:00:00 |
| | VARIABLES: [VICTIM NAME: Figueroa, Felix 80 Fourth St Lowell, MA 01850-2531] [CONTROLLED SUBSTANCE: alcohol] | | |
| 2 | 90/24I | ALCOHOL FROM OPEN CONTAINER IN MV, DRINK C90 S24I | 11/01/2009 01:00:00 |
| | VARIABLES: [VICTIM NAME: same] | | |
| 3 | 89/4A | MARKED LANES VIOLATION C89 S4A | |
| | VARIABLES | | |

REMARKS:

COMPLAINANT'S SIGNATURE: X _____
DATE FILED: 11/01/2009

COURT USE ONLY → A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
DATE OF HEARING: _____ AT _____ TIME OF HEARING: _____

DATE | PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY) | CLERK/JUDGE

NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:
NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:
HEARING CONTINUED TO:
APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
    ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED
    ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE
    ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION

DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE

☐ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☐ 1. ☐ 2. ☐ 3. BASED ON
☐ FACTS SET FORTH IN ATTACHED STATEMENT(S)
☐ TESTIMONY RECORDED: TAPE NO. _____ START NO. _____ END NO. _____
☐ WARRANT ☐ SUMMONS TO ISSUE
ARRAIGNMENT DATE:

☐ NO PROBABLE CAUSE FOUND
☐ REQUEST OF COMPLAINANT
☐ FAILURE TO PROSECUTE
☐ AGREEMENT OF BOTH PARTIES
☐ OTHER:
COMMENT:

| STATEMENT OF FACTS<br>IN SUPPORT OF<br>APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO (court use only) | PAGE<br>2 OF 2 | Trial Court of Massachusetts<br>District Court Department<br>HAVERHILL DISTRICT COURT<br>45 GINTY BLVD<br>HAVERHILL, MA 01830 |
|---|---|---|---|
| The undersigned alleges the following as a ☐ full or ☑ partial statement of the factual basis for the offense(s) for which a criminal complaint is sought | | COURT DIVISION | |

Def was observed operating a Chevy Imapla (MA reg 725DJ6) on River St, which is owned and maintianed by the City Of Haverhill. Def crossed the double yellow line and drove in the parking lane before being pulled over. Def had an open container in his lap. Def submitted to and failed all FST's as well as the breathalyzer (.16%).

(Use additional sheets if necessary)

| PRINTED NAME | SIGNATURE | I AM A | DATE SIGNED |
|---|---|---|---|
| D. MACKINNON | X ~~~~ 61 | ☑ LAW ENFORCEMENT OFFICER<br>☐ CIVILIAN COMPLAINANT OR WITNESS | 11/01/2009 |

ADDITIONAL FACTS BY CLERK-MAGISTRATE/ASST. CLERK/JUDGE BASED ON ORAL TESTIMONY

| REMARKS | SIGNATURE OF CLERK-MAGISTRATE/ASST. CLERK/JUDGE<br>X | | DATE SIGNED |
|---|---|---|---|

# POLICE DEPARTMENT
HAVERHILL, MASSACHUSETTS

RECORD OF BOOKING
*PLEASE PRINT*

| CELL NUMBER | ARREST NUMBER | DATE & TIME OF BOOKING | INCIDENT NUMBER |
|---|---|---|---|
| M2 | THAE900003050 | 11/01/2009 01:36:39 | 9029632 |

| LAST NAME | FIRST | MIDDLE NAME | D.O.B. | AGE | SSN |
|---|---|---|---|---|---|
| ONIX | FIGUEROA | | 06/13/1975 | 34 | |

| TRUE NAME | MAIDEN NAME | HOME PHONE |
|---|---|---|
| FIGUEROA ONIX | | |

| STREET NO. | STREET NAME | APT # | CITY/TOWN | STATE | ZIP | PHONE (WORK) / (CELL) |
|---|---|---|---|---|---|---|
| 80 | FOURTH ST | | LOWELL | MA | 01852 | (CELL) 9783283550 |

| SEX | HEIGHT | WEIGHT | RACE |
|---|---|---|---|
| M | 506 | 220 | WHITE |

| HAIR | EYES | BLD | SKIN |
|---|---|---|---|
| BROWN | BROWN | MUSCULAR | MEDIUM |

| ETHNICITY | SCARS | LOCATION OF ARREST |
|---|---|---|
| NOT OF HISPANIC ORIGIN | 2 TATS ON EACH SHOULD, SCAR RUNNING DOWN STOMACH | 194 RIVER ST |

| PLACE OF BIRTH | MARITAL STATUS | DRIVER'S LICENSE |
|---|---|---|
| BOSTON MA | UNMARRIED | S63610527 MA |

| FATHER'S NAME | MOTHER'S NAME | MOTHER'S MAIDEN |
|---|---|---|
| FELIX NIEVEIS | EUGEINA FIGUEROA | FIGUEROA |

| EMPLOYER | OCCUPATION |
|---|---|
| | UNEMPLOYED |

ADDRESS OF EMPLOYER

IF CUT VISIBLE ON PERSON, DESCRIBE KIND & LOCATION

| TREATED WHERE | ATTENDING PHYSICIAN |
|---|---|
| | |

| PRISONER ADVISED OF RIGHTS UNDER G.L. CHAP 276 33A | YES [X] | BY WHOM ROGERS, J |
|---|---|---|
| FINGERPRINTS TAKEN YES [ ] | PHOTO TAKEN YES [X] | |

IF PRISONER WAS ARRESTED FOR OPERATING UNDER THE INFLUENCE, FILL IN BELOW

| PRISONER ADVISED OF RIGHTS UNDER G.L. CHAP 263 5A | YES [X] | BY WHOM ROGERS, J |
|---|---|---|
| BREATHLYZER READING | BY WHOM | |

OFFENSES
1. OUI LIQUOR C90 S24
2. ALCOHOL FROM OPEN CONTAINER IN MV, DRINK c90 S24I
3. MARKED LANES VIOLATION c89 S4A
4.
5.

| ARREST ON WARRANT? | YES [ ] | WARRANT NUMBER | CITY/COURT |
|---|---|---|---|

CHARGES

I have been advised of and understand my right to remain silent, use a telephone to call a lawyer or have one provided, and to have my own physician test for alcohol.

PRISONER SIGNATURE

| ARRESTING OFFICER | BOOKING OFFICER |
|---|---|
| MACKINNON, D | CHAMPAGNE, D |
| COMPLAINANT | OFFICER IN CHARGE |
| MACKINNON, D | ROGERS, J |

DID ARRESTED PERSON HAVE POSITIVE IDENTIFICATION
[X] YES  [ ] NO  TYPE: DRIVERS LICENSE

| IS ARRESTEE A JUVENILE [ ] YES | NAME OF PROBATION OFFICER NOTIFIED | TIME |
|---|---|---|
| NAME OF PARENT OR GUARDIAN NOTIFIED | OFFICER MAKING NOTIFICATION | TIME |
| BAIL COMMISSIONER | AMOUNT OF BAIL | DATE AND TIME OF BAIL |

DISPOSITION



# HAVERHILL PD
# HAVERHILL, MA
## Incident Report #9029632

Page 1 of 4

Not For Public Release    Date/Time Printed: Sun Nov 01 04:22:13 EST 20 By: dfm61

| Case Title | Location |
|---|---|
| FIGUEROA | 194 RIVER ST |
| Date/Time Reported | Date/Time Occurred |
| 11/01/2009 01:05:41 | 11/01/2009 01:00:00 to 11/01/2009 01:05:00 |
| Incident Type/Offense | |
| OUI LIQUOR C90 S24(90/24/J) | |

### Persons

| | Role | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | VEHICLE OWNER | COAKLEY, DEIRDRE M | | | | | | 80 4TH STREET LOWELL, MA |

### Offenders

| | Status | Name | Sex | Race | Age | DOB | Home Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | DEFENDANT | ONIX, FIGUEROA | MALE | WHITE | 34 | 06/13/1975 | | 80 FOURTH ST LOWELL, MA |

### Vehicles

| | Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|---|
| 1 | INVOLVED VEHICLE | | 2000 | | | GRAY | 725DJ6 | MA |
| | Stolen $ | Rec Code | Date Rec | Rec $ | Rec By | | | |

### Property

| Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|
| | | | | | |

### Narrative

On November 1, 2009 Officer D.MacKinnon while working the midnight (0030 - 0830) shift in marked unit 2, when returning from the Lawrence General Hospital, took the River St exit and proceeded to this officers regular patrol area of Riverside, in the course of doing so, saw a gray Chevy Impala driving in an erratic manner. The Impala was the second car in front of the cruiser and this officer was able to see it going from side to side across the lane, into the parking lane and onto and over the yellow line, from approximately the Jaffarians car dealership (312 River St) to the Tacos Lupita (194 River St). River St is a public way owned and maintained by the City Of Haverhill. This officer activated his blue emergency

(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| MACKINNON, D(61) | | |



# HAVERHILL PD
# HAVERHILL, MA
## Incident Report #9029632

Not For Public Release   Date/Time Printed: Sun Nov 01 04:22:13 EST 20 By: dfm61

| Case Title | Location |
|---|---|
| FIGUEROA | 194 RIVER ST |
| Date/Time Reported | Date/Time Occurred |
| 11/01/2009 01:05:41 | 11/01/2009 01:00:00 to 11/01/2009 01:05:00 |
| Incident Type/Offense | |
| OUI LIQUOR C90 S24(90/24/J) | |

### Narrative (Continued from page 1)

take down lights and pulled the Impala, bearing MA reg. 725DJ6, over. Before this officer reached the car the operator (Figueroa, Onix) had removed the keys from the ignition and placed them the roof of the car. As this officer approached the car Figueroa was seen tossing a beer can from his lap to the passenger side floor. Figueroa was able to immediately provide this officer with his drivers license, but attempted to hand this officer the inspection sticker information repeatedly. This officer could smell an alcoholic beverage emanating from his person. This officer saw a thirty (30) pack of Natural Ice in the rear passenger area of the car. Figueroa was asked to step from the vehicle and submit to field sobriety testing (FST) to which he agreed.

Figueroa was asked if had any visual issues that would preclude him from seeing the pen or performing the tests, Figueroa stated he is supposed to wear glasses but did not have them with him at this time. Figueroa was then asked if had any physical impairments which would preclude him from performing the walking part of the test. Figueroa showed this officer and Officer D.Champange, who had arrived on scene, a lengthy scar on his abdomen which he stated was caused by surgery necessitated by a bullet wound. Figueroa stated that he was still able to perform these tests.

The first test given to Figueroa was the Horizontal Gaze Nystagmus. The front blue emergency lights were turned off so as not to distract Figueroa. Figueroa was asked if he could see the pen, and if he could touch it with the tip of his fingers. Figueroa was able to do this with both hands. Figueroa was then asked to follow the pen with his eyes only as this officer moved it from left to right in front of his eyes. Figueroa maintained a fixed stare and moved his head only. He was given the instructions again and took the test again with the same results. While at the rear of the car Figueroa was unsteady on his feet an had to place his hands out several times to regain his balance.

The next test given to Figueroa was the 9 step walk and turn. Figueroa was instructed to remain still with his arms by his side until this officer had finished demonstrating the test. A straight line on the ground was used as a guide for this test. Figueroa began the test before the office completed the test, and was again instructed to wait until to told to do so before beginning the test. After completing instructions, Figueroa began he did not use heal to toe on any of the steps out or on the return, both out and returning he took ten steps. Figueroa's balance was unsteady and twice he almost fell over after tripping on his own feet.

The next test given was the One Leg Raise. Again Figueroa was instructed to stand with his hands by his side until this officer finished giving the instructions, which Figueroa did. On

(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| MACKINNON, D(61) | | |

# HAVERHILL PD
# HAVERHILL, MA
# Incident Report #9029632

Page 3 of 4

Not For Public Release            Date/Time Printed: Sun Nov 01 04:22:13 EST 20 By: dfm61

| Case Title | Location |
|---|---|
| FIGUEROA | 194 RIVER ST |

| Date/Time Reported | Date/Time Occurred |
|---|---|
| 11/01/2009 01:05:41 | 11/01/2009 01:00:00 to 11/01/2009 01:05:00 |

| Incident Type/Offense |
|---|
| OUI LIQUOR C90 §24(90/24/J) |

**Narrative** (Continued from page 2)

a level patch of ground Figueroa was instructed to raise his leg, either right or left, six inches off the ground and remain there until the count of thirty (30) which Figueroa was to count aloud. Figueroa made it to 2 before first placing his left foot on the ground, and did so again at 4, 6, 7, 9, 10, and finished at 12 with his foot on the ground.

The final test given to Figueroa was to recite the alphabet from "B" to "P" without singing it. Figueroa began with "A" and went to "F" which he repeated three times, and followed through to "M" and mumbled some unintelligible letters, and continued onto "T" and added an extra "H" and finished with a flourish of "Y and Z" with accompanying hand gestures.

Figueroa was placed into handcuffs, (DL) and into the rear of car 2. A motor vehicle search was done in accordance with Haverhill Police Department policies. Inside the car was also found another empty container of Natural Ice, in the rear of the front passenger seat, as well as the original container. 110 towing removed the vehicle in accordance with Melanie's Law.

Figueroa was transported to the station in the rear of car 2 with car 6 following. Once at the station Figueroa was read and shown a copy of his Constitional and Statutory rights by OIC Lt J.Rogers. Figueroa was booked, photographed, and fingerprinted in the usual fashion without incident.

Officer D.Moriarity was called into the station to perform the Breathalyzer test. After observing Figueroa for the required 15 minutes, Officer Moriarty instructed Figueroa to blow into the machine (Alcotest 7110 MKIII-C). Figueroa turned his head and let out a very loud, protracted, odiferous burp. Officer D. Moriarty instructed Figueroa to not do that again and would be required to wait an additional fifteen minutes. After the required time Figueroa was again instructed to blow into the machine. On Figueroa's second attempt he puffed his cheeks out but did not blow sufficiently. Officer Moriarty informed Figueroa that any further attempts to "beat the machine" and subsequent failures would result in a refusal as far as the law was concerned. Figueroa was able to complete the next three attempts without incident and had results of .16% and .18% for a final reading of .16% expressed in grams of ethanol per 100 ml of blood.

Figueroa due to his cooperative nature to this point was allowed to make a phone call, which he used to call his girlfriend, and owner of the car Dierde Coakley.

Figueroa was then given the paperwork to sign. Figueroa then began to read the information and refused to sign, and began to crumple the paper as Lt. Rogers attempted to retrieve it.

(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| MACKINNON, D(61) | | |



# HAVERHILL PD
# HAVERHILL, MA
## Incident Report #9029632

Page 4 of 4

**Not For Public Release**    Date/Time Printed: Sun Nov 01 04:22:13 EST 20 By: dfm61

| Case Title | Location |
|---|---|
| FIGUEROA | 194 RIVER ST |
| Date/Time Reported | Date/Time Occurred |
| 11/01/2009 01:05:41 | 11/01/2009 01:00:00 to 11/01/2009 01:05:00 |
| Incident Type/Offense | |
| OUI LIQUOR C90 S24(90/24/J) | |

### Narrative (Continued from page 3)

Figueroa then clenched the pen in his right hand and refused to return it. Figueroa was taken to the down to the bench in the booking area where four officers were required to remove the pen from his clenched fist and escort Figueroa into the cell. Figueroa was issued Mass Uniform Citation #M5781331 for:

90/24/J    OUI Liqour
90/24/I    Open Container
89/4/A    Marked Lanes Violation

and arrested for the same charges.

Respectfully submitted,


Officer D.MacKinnon 61

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| MACKINNON, D(61) | | |

# ALCOTEST 7110 MKIII-C - TEST COMPLETED
### *State of Massachusetts*

| | |
|---|---|
| Seq. Test No.: | 00706 |
| Serial No.: | ARSC-0006 |
| Firmware Version: | MA3.23 |
| Test Date & Time: | 11/01/2009 02:06AM |
| Instrument Location: | HAVERHILL PD |
| Driver License No.: | S63610827 |
| Last Name: | FIGUEROA |
| D.O.B.: | 06/13/1975 |
| Date of Arrest: | 11/01/2009 |
| Arrest Town: | HAVERHILL |
| TEST RESULT: | 0.16% |

# ALCOTEST 7110 MKIII-C - OFFICER OBSERVATION REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| Public Way: | YES | OUI Alcohol Arrest: | YES | Seat Belt: | NO | |
| Observed Driving: | YES | Unsteady On Feet: | YES | Slurred Speech: | YES | |
| Glassy Eyes: | YES | Bloodshot Eyes: | YES | Odor: | MODERATE | |
| Other Grounds: | FAILED FST OPEN CONTAINER | | | | | |

Arresting Officer's Signature: _____

## Department of State Police - Office of Alcohol Testing

### Implied Consent Report Form, Alcotest 7110 MKIII-C

### HAVERHILL PD

| | Model / Lot Number | Serial Number | Certification Valid From | Certification Valid To |
|---|---|---|---|---|
| Instrument: | **Alcotest 7110 MKIII-C** | **ARSC-0006** | **02/05/2009** | **02/05/2010** |
| Simulator: | **CU34** | **DDSHS3-0100** | **02/05/2009** | **02/05/2010** |
| Solution: | **007949** | **0.155 %BAC** | | **01/29/2010** |

Test Date: **11/01/2009**

Case/Incident #: **9029632**      First Observed: **11/01/2009 01:40AM**

**Subject**
Last Name: **FIGUEROA**      D.L. State & Zip.: **MA 01852**
First Name, MI: **ONIX,**      Driver License No.: **S63610827**
D.O.B.: **06/13/1975**      Social Security No.: **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**

**Breath Test Information**

| Function | Result %BAC | Time HH:MM | Volume Liters (L) | Duration Seconds (s) | Temperature Simulator (°C) |
|---|---|---|---|---|---|
| Air Blank Test | 0.00% | 02:00AM | | | |
| Subject Test 1 | 0.16% | 02:01AM | 2.5L | 6.4s | |
| Air Blank Test | 0.00% | 02:01AM | | | |
| Calibration Test | 0.15% | 02:02AM | | | 34.0°C |
| Air Blank Test | 0.00% | 02:03AM | | | |
| Subject Test 2 | 0.18% | 02:03AM | 2.8L | 9.2s | |
| Air Blank Test | 0.00% | 02:04AM | | | |

In accordance with Ch. 90 s. 24 the concentration of alcohol in the subject's breath is **0.16%** expressed in grams of ethanol per 100 milliliters of blood. The subject has a right to obtain a comparison blood test by a person or physician at their request and at their expense. Results of the blood test can be used to restore a subject's license at a court hearing.

**Breath Test Operator**
Last Name: **MORIARTY**      Operator ID Number: **5025**
First Name, MI: **DENNIS, J.**
Cert. Valid From: **03/11/2009**      Certification Valid To: **03/11/2012**
Signature: _(signed)_      Signature Date: **11/01/2009**

I, the undersigned, hereby acknowledge the receipt of this test.

_____
Signature of Person who provided the breath sample.

☑ Subject refused to sign.

# NOTICE OF SUSPENSION FOR A CHEMICAL TEST FAILURE

BAC .08 or Greater (.02 or Greater for Operator Under 21)

## OPERATOR INFORMATION

LICENSE NO: **S63610827**  LICENSE STATE & ZIP: **MA 01852**
FIGUEROA OPERATOR: **ONIX**
ADDRESS: **80 FOURTH ST, LOWELL**
DATE OF BIRTH: **06/13/1975**  MALE/FEMALE: **MALE**

## NOTICE OF SUSPENSION

This is your formal notice of the intent to suspend your license or right to operate under M.G.L. Ch. 90, Sec. 24 (1)(f)(2). This suspension is for 30 days. Operators under 21 years of age will incur an additional 180 day to one year suspension under M.G.L. Ch. 90 s. 24P. The suspension will occur immediately. No hardship licenses are authorized by law during this period of suspension, unless you are eligible for a first offenders disposition and your case has been resolved under M.G.L. c. 90 s. 24D.

## ADDITIONAL NOTICE TO INDIVIDUALS OPERATING A VEHICLE REQUIRING A COMMERCIAL DRIVERS LICENSE

In addition to the above suspension, if you are operating a vehicle requiring a CDL license and your blood alcohol content is .04 or above, you will be disqualified from operating for a period of not less than one year, or up to life. There is no hardship license available for this period of time.

## OPERATOR'S RIGHT TO A HEARING

M.G.L. Ch. 90, Sec. 24 (1)(g) reads, in part: "Any person whose license, permit, or right to operate has been suspended under subparagraph (2) of paragraph (f) on the basis of chemical analysis of his breath may within ten days of such suspension request a hearing and upon such request shall be entitled to a hearing before the court in which the underlying charges are pending, or if the individual is under the age of 21 and there are no pending charges, in the district court having jurisdiction where the arrest occurred, which hearing shall be limited to the following issue: whether a blood test was administered pursuant to paragraph (e) within a reasonable period of time after such chemical analysis of his breath, shows that the percentage, by weight, of alcohol in such person's blood was less than eight one-hundredths or, relative to such person under the age of twenty-one was less than two one-hundredths."

The officer below hereby certifies that they have served the operator with this notice and has submitted an electronic notification of this transaction to the Registry of Motor Vehicles.

Officer's Name: **DENNIS J. MORIARTY**  Date: **11/01/2009**
Issuing Police Department: **HAVERHILL PD**  Phone: **978-373-8498**

# MASSACHUSETTS UNIFORM CITATION

**M5781331**

**VIOLATOR COPY**

| Field | Value |
|---|---|
| DATE CITATION WRITTEN | 11/06/09 |
| AGENCY CODE | HAV |
| OFFICER I.D. NUMBER | 061 |
| COURT CODE | 038 |
| TYPE OF CITATION | MOTOR VEH. ☒ OPER ☐ OWNER |

**VIOLATOR**
- MOTOR VEHICLE LICENSE NO. OF VIOLATOR: S63610827
- STATE: MA
- CLASS: D
- CDL LICENSE: ☐ YES ☒ NO
- RACE: A
- SEX: M
- NON-INVENTORY MV SEARCH: ☒ NO ☐ YES
- VIOLATOR NAME (Last): FIGUEROA
- (First): ONIX
- (MI): A
- DATE OF BIRTH: 06/13/75
- ADDRESS: 80 FOURTH ST
- CITY/TOWN: LOWELL
- STATE: MA
- ZIP: 01852

**M.V.**
- PLATE TYPE: PAN
- MOTOR VEHICLE REGISTRATION NO.: 725DJ6
- STATE: MA
- CDL VEHICLE: ☐ YES ☒ NO
- HAZARDOUS MATERIAL: ☐ YES ☒ NO
- MAKE AND TYPE: CHEVY IMPALA
- YEAR: 2000
- COLOR: GREY

**OFFENSE(S)**
- DATE OF OFFENSE: 11/06/09
- LOCATION OF OFFENSE: 312 RIVER ST
- TIME OF OFFENSE: 01:00 ☒ AM ☐ PM
- ACCIDENT: ☐ YES ☒ NO

| CHAP/SEC/SUB | CRIM/CIVIL | DESCRIPTION OF OFFENSE | ASSESSMENT |
|---|---|---|---|
| A 90/24/J | ☒ CRIM ☐ CIVIL | OUI LIQUOR | |
| B 90/24/I | ☐ CRIM ☒ CIVIL | OPEN CONTAINER | |
| C 89/4/A | ☐ CRIM ☒ CIVIL | MARKED LANES VIOLATION | |

D SPEEDING ☐ 90/17 ☐ 90/18 CIVIL — MPH IN ___ MPH ZONE ___ ☐ POSTED ☐ NOT POSTED ☐ LIDAR ☐ CLOCKED ☐ RADAR ☐ ESTIMATED

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE

TOTAL DUE: $

**NOTICE TO VIOLATOR**
SEE REVERSE SIDE FOR INSTRUCTIONS

**NOTICE TO OFFICER**
ENTER ASSESSMENT $ AND TOTAL DUE $ ONLY IF YOU CHECK "ALL CIVIL INFRACTIONS". ENTER COURT ADDRESS BELOW ONLY IF YOU CHECK "CRIMINAL APPLICATION".

COURT ADDRESS:

OFFICER CHECK ONE ONLY: ☐ ALL CIVIL INFRACTIONS ☐ CRIMINAL APPLICATION ☒ ARREST ☐ WARNING

OFFICER CERTIFIES: ☒ IN HAND TO VIOL ☐ MAILED TO VIOL ☐ IN HAND TO VIOLATOR'S AGENT
X ___ 61
AGENT NAME:
VIOLATOR/AGENT ACKNOWLEDGES RECEIPT OF CITATION
X ___
AGENT'S LICENSE NUMBER & STATE

## STATUTORY RIGHTS AND CONSENT FORM

Defendant: Figueroa, Onix   Date: 11/01/09

Case No.: 9029632   Time: 0200hr

### RIGHT TO A DOCTOR

General Laws, Ch. 263, Sec. 5A: A person held in custody at a police station or other place of detention, charged with operating a motor vehicle while under the influence of intoxicating liquor, shall have the right, at his request and at his expense, to be examined immediately by a physician selected by him. The police official in charge of such station or place of detention, or his designee, shall inform him of such right immediately upon being booked, and shall afford him a reasonable opportunity to exercise it. Such person shall, immediately upon being booked, be given a copy of this section unless such a copy is posted in the police station or other place of detention in a conspicuous place to which such person has access.

### RIGHT TO A TELEPHONE

General Laws Ch. 276, Sec. 33A: The police official in charge of the station or other place of detention having a telephone wherein a person is held in custody, shall permit the use of the telephone, at the expense of the arrested person, for the purpose of allowing the arrested person to communicate with his family or friends, or to arrange for release on bail, or to engage the services of an attorney. Any such person shall be informed forthwith upon his arrival at such station or place of detention, of his right to so use the telephone, and such use shall be permitted within one hour thereafter.

### REQUEST TO SUBMIT TO A CHEMICAL TEST

Pursuant to General Laws Ch. 90, Sec. 24:

1. I am requesting that you submit to a chemical test to determine your blood alcohol concentration.

2. **Drivers Age 21 or OVER:** If you refuse this test, your license or right to operate in Massachusetts shall be suspended for at least a period of 180 days or up to life for such refusal. The suspension if you take the test and fail it is 30 days.

   **Drivers UNDER Age 21:** If you refuse this test, your license or right to operate in Massachusetts shall be suspended for at least a period of 3 years or up to life for such refusal. The suspension if you take the test and fail it is 30 days. Drivers under age 21 will also face an additional suspension pursuant to General Laws Chapter 90, Section 24P of 180 days to 1 year.

3. If your blood alcohol level is .08 or above, you are in violation of Massachusetts law and may face criminal penalties. Drivers under age 21 have the same legal limit for court purposes, but will face administrative penalties for any blood alcohol concentration of .02 or above.

4. If you decide to take the test and complete it, you will have the right to a comparison blood test within a reasonable period of time at your own expense. The results of this comparison test can be used to restore your license or right to operate at a court hearing within 10 days.

5. It is not your option which type of chemical test to take. Refusal or failure to consent to take the test that I am requesting is a violation of the Implied Consent Law, and will result in your right to operate a motor vehicle being suspended as I have stated to you. Refusing this test, but requesting some other form of test is a refusal under the law.

### NOTICE TO PERSONS HOLDING A COMMERCIAL DRIVER'S LICENSE

In addition to the above, Mass. General Laws Ch. 90F, Sec. 11 and 49 CFR Sec. 383.51 provide that a person holding a commercial driver's license who fails to submit to a required test of blood, breath, or urine, shall be disqualified from driving a commercial motor vehicle for a period of one (1) year or up to life. This disqualification applies whether or not the person was operating a CDL vehicle. If the vehicle was transporting 16 or more passengers, including the driver, or hazardous materials required to be placarded, the CDL disqualification shall be for three (3) years or up to life.

Do you consent to submit to the chemical test that this officer requested to determine your blood alcohol concentration?
☐ Yes   ☐ No

Defendant's Signature: _____ REFUSED TO SIGN - DECLINES TO ANSWER
(To be signed, or indicate why not)

Signature of Officer Before Whom the Refusal or Test Was Made: _____ (Signed)

RMV Form No.: 21202   Form Date: 7/7/06

## Department of State Police - Office of Alcohol Testing

## Periodic Record of Alcotest 7110 MKIII-C Test

### HAVERHILL PD

|  | Model / Lot Number | Serial Number | Certification Valid From | Certification Valid To |
|---|---|---|---|---|
| Instrument: | Alcotest 7110 MKIII-C | ARSC-0006 | 02/05/2009 | 02/05/2010 |
| Simulator: | CU34 | DDSHS3-0100 | 02/05/2009 | 02/05/2010 |
| Solution: | 007949 | 0.155 %BAC | | 01/29/2010 |

Test Date: **08/10/2009**

| Function | Result %BAC | Time HH:MM | Temperature Simulator (°C) |
|---|---|---|---|
| Air Blank Test | 0.00% | 02:06PM | |
| Calibration Test | 0.14% | 02:06PM | 34.0°C |
| Air Blank Test | 0.00% | 02:07PM | |
| Calibration Test | 0.15% | 02:07PM | 34.0°C |
| Air Blank Test | 0.00% | 02:08PM | |
| Calibration Test | 0.15% | 02:09PM | 34.0°C |
| Air Blank Test | 0.00% | 02:09PM | |
| Calibration Test | 0.15% | 02:10PM | 34.0°C |
| Air Blank Test | 0.00% | 02:11PM | |
| Calibration Test | 0.15% | 02:11PM | 34.0°C |
| Air Blank Test | 0.00% | 02:12PM | |

*When changing the simulator solution, the officer shall run five calibration standard analyses. In order to be valid the test results must be 0.14%, 0.15%, or 0.16%. If the results are within 0.14%, 0.15%, or 0.16%, the test is valid.*

**Performed By:**
Last Name: **ZIMINSKI**
First Name, MI: **SCOTT, A.**
Cert. Valid From: **03/04/2009**

Signature: _(signed)_

Operator ID Number: **SZ69**

Certification Valid To: **03/04/2012**

Signature Date: **08/10/2009**